Opinion issued October 15, 2008







 













In The

Court of Appeals

For The

First District of Texas






NO. 01-08-00836-CV 






IN RE JOHN BRANCH, ROBERT SAVELY, JOHN FERGUSON, GAYLE
YODER, AND VINCE JOHNSON, Relators






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION




 Relators, John Branch, Robert Savely, John Ferguson, Gayle Yoder, and Vince
Johnson filed a petition for writ of mandamus challenging respondent's (1) October 14,
2008 order denying relators' motion to quash and denying, in part, and granting, in
part, relators' motion for protection. Relators also filed an emergency motion for
temporary relief.

 We deny the petition for writ of mandamus and the emergency motion for
temporary relief.

PER CURIAM

Panel consists of Justices Taft, Hanks, and Higley.
1.